**Rickard Dennis ANDERSON, Plaintiff–Appellant,**

v.

**Christine SY, Director; et al., Defendants–Appellees.**

No. 11–17232.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.*

Filed Oct. 16, 2012.

Rickard Dennis Anderson, San Francisco, CA, pro se.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM **

Rickard Dennis Anderson appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action as frivolous. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(i), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Anderson's action as frivolous because the complaint contains indecipherable facts and unsupported legal assertions. *See Jackson v. Arizona*, 885 F.2d 639, 640–41 (9th Cir.1989) (a complaint may be dismissed as frivolous if it lacks an arguable basis in law or fact), *superseded by statute on other grounds as stated in Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir.2000); *see also Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir.1992) (the district court's discretion to deny leave to amend is particularly broad where it has afforded plaintiff one or more opportunities to amend).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

